UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60198-CR-GAYLES/AUGUSTIN-BIRCH

18 U.S.C. § 1951(a)
18 U.S.C. § 981(a)(1)(C)

FILED BY ___AT___ D.C.

Aug 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

vs.

RENE MAXIMILIANO BELLO SOTOMAYOR,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about May 7, 2023, in Broward County, in the Southern District of Florida, the defendant,

**RENE MAXIMILIANO BELLO SOTOMAYOR,**

did knowingly obstruct, delay, and affect commerce and the movement of an article and commodity in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did take property from the person and in the presence of another, that is persons employed by Zevar Jewelers, located at 8925 W. Oakland Park Boulevard, Sunrise, Florida 33313, which is a business and company engaging in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Section 1951(a) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RENE MAXIMILIANO BELLO SOTOMAYOR,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1951(a), as alleged in this indictment, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

For _____ BRUCE O. BROWN
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
CAMILLE C.T. SMITH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

Rene Maximiliano Bello Sotomayor,
_____/
              Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I   ☑ 0 to 5 days                 ☐ Petty
   II  ☐ 6 to 10 days                ☐ Minor
   III ☐ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Camille C.T. Smith
Assistant United States Attorney
FL Bar No.       116927

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Rene Maximiliano Bello Sotomayor

**Case No:** _____

Count #: 1

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.